No. 79–700.   WALTER FLEISHER CO., INC. *v.* COUNTY OF LOS ANGELES ET AL., 449 U. S. 608.   Petition for rehearing denied.   JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 79–1171.   MINNESOTA *v.* CLOVER LEAF CREAMERY CO. ET AL., 449 U. S. 456.   Petition for rehearing denied.   JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 80–887.   BURNS ET AL. *v.* DIOCESE OF NEWARK ET AL., 449 U. S. 1131.   Petition for rehearing denied.   JUSTICE MARSHALL took no part in the consideration or decision of this petition.

MARCH 27, 1981

No. 87, Orig.   CALIFORNIA *v.* TEXAS.   Motion to dismiss the application of California Avocado Commission et al. for a preliminary injunction or temporary restraining order and motion to intervene were dismissed under this Court's Rule 53.   [For earlier order herein, see, *e. g., ante,* p. 977.]

MARCH 30, 1981

No. 80–6161.   STEIN *v.* HILL, JUDGE, ET AL.   Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.